MELIDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

MARC PRICE WOLF (CABN 254495)
Special Assistant United States Attorney
    450 Golden Gate Ave., Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6488
    Fax: (415) 436-7234
    E-Mail: marc.wolf@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> JASON BAUM, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No. CR 13-00120 EMC <br><br> STIPULATION AND [PROPOSED] <br> ORDER CONTINUING STATUS DATE |

      The parties, the United States of America and Defendant Jason Baum, stipulate to request, jointly, that the Court continue the status conference currently set on April 3, 2013, at 2:30 p.m. to the new date of April 10, 2013, at 2:30 p.m., before this Court.

This joint request is made because counsel for the government has a conflict with the earlier April date – a pretrial conference with Judge Seeborg for an upcoming trial. Therefore, the parties jointly request that the Court continue the matter to Wednesday, April, 10 2013, at 3:30 p.m.

      Failing to exclude the time between April 3, 2013 and April 10, 2013 would unreasonably deny the defendant continuity of counsel and would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §

3161(h)(7)(B)(iv).  Further, the ends of justice served by excluding the time between April 3, 2013 and April 10, 2013 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

SO STIPULATED.

Dated:  April 2, 2013          /s/
                               MARC PRICE WOLF
                               Special Assistant United States Attorney


Dated:  April 2, 2013          /s/
                               ELIZABETH FALK
                               Attorney for Defendant

## [PROPOSED] ORDER

For the aforementioned reasons, the hearing in the above-captioned case is continued to April, 10 2013, at 2:30 p.m.  Further, the time between April 3, 2013 and April 10, 2013 shall be excluded from computation under the Speedy Trial Act.  18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

DATED:  4/3/13  _____

THE HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Edward M. Chen*