1  MELIDA HAAG (CABN 132612)
   United States Attorney
2
3  J. DOUGLAS WILSON (DCBN 412811)
   Chief, Criminal Division
4  MARC PRICE WOLF (CABN 254495)
   Special Assistant United States Attorney
5       450 Golden Gate Ave., Box 36055
        San Francisco, California 94102
6       Telephone: (415) 436-6488
        Fax: (415) 436-7234
7       E-Mail: marc.wolf@usdoj.gov
8
   Attorneys for the United States of America
9

10
                    UNITED STATES DISTRICT COURT
11
                   NORTHERN DISTRICT OF CALIFORNIA
12
                         SAN FRANCISCO DIVISION
13

| UNITED STATES OF AMERICA, | ) | Case No. CR 13-00120 EMC |
|---|---|---|
| | ) | |
| v. | ) | STIPULATION AND [PROPOSED] |
| | ) | ORDER CONTINUING COURT DATE |
| JASON BAUM, | ) | |
| Defendant. | ) | |

The parties – the United States of America and Defendant Jason Baum – jointly request that the Court continue the change of plea currently set on June 19, 2013, at 2:30 p.m. to the new date of June 26, 2013, at 2:30 p.m., before this Court.

This joint request is made because the parties are very close to negotiating a resolution in the matter and defense counsel is still reviewing discovery and investigating the case. Therefore, the parties jointly request that the Court continue the matter to Wednesday, June 26, 2013, at 2:30 p.m.

Failing to exclude the time between June 19, 2013 and June 26, 2013 would unreasonably deny the defendant continuity of counsel and would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

18 U.S.C. § 3161(h)(7)(B)(iv). Further, the ends of justice served by excluding the time between June 19, 2013 and June 26, 2013 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

SO STIPULATED.

Dated: June 18, 2013                    /s/
                                        MARC PRICE WOLF
                                        Special Assistant United States Attorney

Dated: June 18, 2013                    /s/
                                        ELIZABETH FALK
                                        Attorney for Defendant

## [PROPOSED] ORDER

For the aforementioned reasons, the hearing in the above-captioned case is continued to June 26, 2013, at 2:30 p.m. Further, the time between June 19, 2013 and June 26, 2013 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

DATED: 6/18/13

_____
THE HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Edward M. Chen*